IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELVIN JORDAN, III, | : | CIVIL NO. 3:CV-14-2048 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this 17th December 2014, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED for lack of jurisdiction.

2. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court